IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
LEVI OLIVER MCADOO,                  : CASE NO.  1:12 CV 02101
                                                     :
                                       Plaintiff, : <u>ORDER ADOPTING THE</u>
                                                     : <u>MAGISTRATE JUDGE'S REPORT AND</u>
                          -vs-                            : <u>RECOMMENDATION AND AFFIRMING</u>
                                                     : <u>THE COMMISSIONER'S DECISION</u>
                                                     :
COMMISSIONER OF SOCIAL       :
SECURITY,                                    :

                                            Defendant.
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

       Plaintiff Levi Oliver McAdoo seeks judicial review of the Commissioner of Social Security's final decision denying his claim for Supplemental Security Income. This matter was automatically referred to United States Magistrate Judge George J. Limbert pursuant to Local Civil Rule 72.2.  In a Report and Recommendation dated 20 August 2013, Magistrate Judge Limbert concluded that the plaintiff's challenge to the Commissioner's decision is without merit. He recommended that the Commissioner's decision be affirmed and the plaintiff's case be dismissed with prejudice. The parties were advised that objections to the R&R were to be filed within fourteen days after having been served with a copy of it, and that a failure to object may result in waiver of the right to appeal.

Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note. In this instance, no objections have been filed. Having reviewed Magistrate Judge Limbert's R&R and found it to be without error, the Court accepts the recommendation and affirms the Commissioner's decision.  This matter is dismissed with prejudice.

    IT IS SO ORDERED.

                                      /s/ Lesley Wells
                                    UNITED STATES DISTRICT JUDGE

Date:  11 September 2013