IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
LEVI OLIVER MCADOO,                              : CASE NO.  1:12 CV 02101
                                                 :
                                      Plaintiff, : JUDGMENT
                                                 :
            -vs-                                 :
                                                 :
                                                 :
COMMISSIONER OF SOCIAL                           :
SECURITY,                                        :
                                                 :
                                     Defendant.
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    Having contemporaneously entered an Order Adopting the Magistrate Judge's Report and Recommendation and Affirming the Commissioner's Decision, the Court hereby enters judgment affirming the Commissioner's decision and dismissing the plaintiff's complaint with prejudice.

    IT IS SO ORDERED.

       /s/ Lesley Wells
       UNITED STATES DISTRICT JUDGE

Date:  11 September 2013